# **<u>EXHIBIT H</u>**

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

Case 2:26-cv-00434   Document 1-8   Filed 05/26/26   Page 2 of 9 PageID #: 169

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| 1 A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendants Dollar Tree, Inc. and Dollar Tree Stores, Inc. (collectively, "Dollar Tree" or the "Dollar Tree Defendants") use their Dollar Tree Mobile App ("Dollar Tree Mobile App") as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and the Dollar Tree Defendants also provide the Dollar Tree Mobile App to their customers through the App Store and Google Play Store.<br><br>The Dollar Tree Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products.  The Dollar Tree Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims).  Such steps by the Dollar Tree Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner.  The Dollar Tree Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement.  The Dollar Tree Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims).  The Dollar Tree Defendants' inducement is ongoing.<br><br>The Dollar Tree Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims).  The Dollar Tree Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers.  The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims).  The special features include, for example, allowing the Dollar Tree Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. The Dollar Tree Defendants' contributory infringement is ongoing. |

Page |H-1

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

**Evidence: Dollar Tree Mobile App**

| CLAIM | |
|---|---|
| |  |

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|

Source: APP STORE



Source: GOOGLE PLAY STORE

Page |H-3

Case 2:26-cv-00434    Document 1-8    Filed 05/26/26    Page 5 of 9 PageID #:  172

Page |H-4

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(a) | a storage device of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a storage device of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a storage device of a mobile device (*e.g.*, smartphone, tablet, *etc.*) storing a first non-browser application (*e.g.*, Dollar Tree Mobile App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services).<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |

Case 2:26-cv-00434    Document 1-8    Filed 05/26/26    Page 6 of 9 PageID #: 173

Page |H-5

| CLAIM | | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(b) | a processor of the mobile device executing the first non-browser application and the second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a processor of the mobile device executing the first non-browser application and the second non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the mobile device (*e.g.*, smartphone, tablet, *etc.*) executing the first non-browser application (*e.g.*, Dollar Tree Mobile App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service).<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |
| 1(c) | a user interface of the first non- | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a user interface of the first non-browser application configured for the mobile device. |

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| | browser application configured for the mobile device; | For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a user interface of the first non-browser application (*e.g.*, Dollar Tree Mobile App) configured for the mobile device.<br><br><br><br><div align="center">Source: Screenshots of the Dollar Tree Mobile App.</div> |
| 1(d) | a mapping component of the first non-browser application | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component of the first non-browser application configured to invoke the second non-browser application on the mobile device when map-able content displayed on the user interface is activated to display a map of the map-able content. |

Case 2:26-cv-00434    Document 1-8    Filed 05/26/26    Page 7 of 9 PageID #: 174

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| configured to invoke the second non-browser application on the mobile device when map-able content displayed on the user interface is activated to display a map of the map-able content, | For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Dollar Tree Mobile App) configured to invoke the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) on the mobile device when map-able content (*e.g.*, location of selected store) displayed on the user interface is activated (*e.g.*, by clicking the Dollar Tree store location "Get Directions" button) to display a map of the map-able content in the second non-browser application.<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |

Case 2:26-cv-00434   Document 1-8   Filed 05/26/26   Page 8 of 9 PageID #: 175

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(e) | wherein the second non-browser application is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application. | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a second non-browser application that is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application. <br><br> For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) is a mapping application and the mapping component (*e.g.,* code) transmits the map-able content (*e.g.,* location of the selected store) to an online mapping service (*e.g.*, a map server) that is configured to communication with the second non-browser application. <br><br> Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |