# EXHIBIT I

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*). For example, Defendants Dollar Tree, Inc. and Dollar Tree Stores, Inc. (collectively, the "Dollar Tree Defendants") use their Dollar Tree Mobile App ("Dollar Tree Mobile App") as employed on mobile devices, tablets, *etc.*, for testing and for employees to assist customers and to maneuver between stores, and the Dollar Tree Defendants also provide the Dollar Tree Mobile App to their customers through the App Store and Google Play Store. The Dollar Tree Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. The Dollar Tree Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by the Dollar Tree Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. The Dollar Tree Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. The Dollar Tree Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). The Dollar Tree Defendants' inducement is ongoing. The Dollar Tree Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). The Dollar Tree Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing the Dollar Tree Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. The Dollar Tree Defendants' contributory infringement is ongoing. |

Page |l-1

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

**Evidence: Dollar Tree Mobile App**

**CLAIM**



Source: APP STORE

Page |2

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|



Source: GOOGLE PLAY STORE

Case 2:26-cv-00434    Document 1-9    Filed 05/26/26    Page 4 of 13 PageID #: 180

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(a) | a memory of a mobile device storing a first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system with a memory of a mobile device storing a first non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Dollar Tree Mobile App).<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App. |
| 1(b) | a processor of the mobile device executing the first non- | As detailed below, based on analyses of publicly available information, the Accused Products provide a processor of the mobile device executing the first non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the mobile device (*e.g.,* smartphone, tablet, etc.) that executes the first non-browser application (*e.g.*, Dollar Tree Mobile App). |

Case 2:26-cv-00434    Document 1-9    Filed 05/26/26    Page 5 of 13 PageID #: 181

Case 2:26-cv-00434    Document 1-9    Filed 05/26/26    Page 6 of 13 PageID #: 182

| CLAIM | | Evidence: Dollar Tree Mobile App |
|---|---|---|
| | browser application; | <br><br>Source: Screenshots of the Dollar Tree Mobile App. |
| 1(c) | a touch screen of the mobile device displaying a user interface of the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a touch screen of the mobile device displaying a user interface of the first non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a touch screen (*e.g.,* all modern mobile devices have touch screens) of the mobile device displaying a user interface of the first non-browser application (*e.g.*, Dollar Tree Mobile App). |

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| | Source: Screenshots of the Dollar Tree Mobile App. |
| 1(d) a GPS device of the mobile device determining a location of the mobile device, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a GPS device of the mobile device determining a location of the mobile device.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a GPS device of the mobile device determining a location of the mobile device (*e.g.*, using the "location services" feature and/or the "Use Your Location" feature). |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| | <br><br>_Source_: Screenshots of the Dollar Tree Mobile App. |
| 1(e)   a mapping component of the first non-browser application configured to communicate with an online mapping service to download map data and | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component of the first non-browser application configured to communicate with an online mapping service to download map data and display a map within the user interface of the first non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (_e.g._, code) of the first non-browser application (_e.g._, Dollar Tree Mobile App) configured to communicate with an online mapping service (_e.g._, a map server) to download map data and display a map within the user interface of the first non-browser application. |

Page |7

| CLAIM | | Evidence: Dollar Tree Mobile App |
|---|---|---|
| | display a map within the user interface of the first non-browser application, and | <br><br>4:48 ◀ App Store<br><br>**Choose a Store**   Skip<br><br>🔍 Enter ZIP Code, City, or Sto   ☰ List View<br><br><br><br>**Nearby Stores**<br><br>**Dollar Tree Southridge**<br>Store #2988<br>4.31mi  500 W William Cannon Dr #434<br>Austin, TX 78745-5845<br>Open • Closes at 10:00 PM<br>⬤ **Make This My Store**<br><br>**Dollar Tree Airline Crossing**<br>Store #8129<br>4.48mi  3851 Airport Blvd<br>Austin, TX 78723<br>Open • Closes at 09:00 PM<br>⬤ **Make This My Store**<br><br>**Dollar Tree F/S 1508 Montopolis**<br>Store #8060<br>4.71mi  1508 Montopolis Drive<br>Austin, TX 78741-5268<br>Open • Closes at 10:00 PM<br><br><u>Source</u>: Screenshots of the Dollar Tree Mobile App. |
| 1(f) | wherein the mapping component transmits a query including the location of the mobile device to the online mapping service, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the mapping component transmits a query including the location of the mobile device to the online mapping service and wherein the map data is based on the location of the mobile device.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the mapping component (*e.g.,* code) transmits a query including the location (see below) of the mobile device to the online mapping service (*e.g.,* a map server) to, *e.g.,* identify the closest Dollar Tree stores to the Location, and wherein the map data is based on the location of the mobile device. |

Page | 8

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| wherein the map data is based on the location of the mobile device; | <br><br>Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |
| 1(g) wherein the memory stores a second non-browser application that is a mapping application, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the memory stores a second non-browser application that is a mapping application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the memory stores a second non-browser application that is a mapping application (*e.g.*, integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service). |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| |  Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |
| 1(h) wherein the mapping component invokes the mapping application and directs the mapping | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the mapping component invokes the mapping application and directs the mapping application to transmit a query including the location of the mobile device and a destination location to the online mapping service to obtain driving directions from the location of the mobile device to the destination location.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the mapping component (*e.g.,* code) invokes the mapping application and directs the mapping application to transmit a query including the location of the mobile device and a destination location (*e.g.,* |

Case 2:26-cv-00434    Document 1-9    Filed 05/26/26    Page 12 of 13 PageID #: 188

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| application to transmit a query including the location of the mobile device and a destination location to the online mapping service to obtain driving directions from the location of the mobile device to the destination location, and | selected Dollar Tree store) to the online mapping service to obtain driving directions from the location of the mobile device to the destination location. |

Source: Screenshots of the Dollar Tree Mobile App and Apple Maps.

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(i) | wherein the driving directions are displayed in a map displayed by the mapping application on the touch screen. | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the driving directions are displayed in a map displayed by the mapping application on the touch screen.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the driving directions are displayed in a map displayed by the mapping application (*e.g.*, integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or or Apple Maps application and/or service) on the touch screen. |



Source: Screenshots of the Dollar Tree Mobile App and Apple Maps.