# EXHIBIT J

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*). <br><br> For example, Defendants Dollar Tree, Inc. and Dollar Tree Stores, Inc. (collectively, the "Dollar Tree Defendants") use the Dollar Tree Mobile App ("Dollar Tree Mobile App") as employed on mobile devices, tablets, *etc.*, for testing and for employees to assist customers and to maneuver between stores, and the Dollar Tree Defendants also provide the Dollar Tree Mobile App to their customers through the App Store and Google Play Store. <br><br> The Dollar Tree Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. The Dollar Tree Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by the Dollar Tree Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. The Dollar Tree Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. The Dollar Tree Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). The Dollar Tree Defendants' inducement is ongoing. <br><br> The Dollar Tree Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). The Dollar Tree Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing the Dollar Tree Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
|  | part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use.  The Dollar Tree Defendants' contributory infringement is ongoing. |



Page |J-2

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|

Source: APP STORE



Source: GOOGLE PLAY STORE

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
|  |  |
| 1(a) a memory of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system with a memory of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Dollar Tree Mobile App) and a second non-browser application.<br><br><br>Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(b) | a processor of the mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a processor of the mobile device executing the first non-browser application.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the mobile device (*e.g.,* smartphone, tablet, etc.) that executes the first non-browser application (*e.g.*, Dollar Tree Mobile App).<br><br>Source: Screenshots of the Dollar Tree Mobile App. |
| 1(c) | a touch screen of the mobile device displaying a first user interface of the | As detailed below, based on analyses of publicly available information, the Accused Products provide a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| first non-browser application, wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon; | user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon. <br><br> For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a touch screen (*e.g.,* all modern mobile devices have touch screens) of the mobile device displaying a user interface of the first non-browser application (*e.g.*, Dollar Tree Mobile App) wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon. <br><br> <br><br> <u>Source</u>: Screenshots of the Dollar Tree Mobile App. |

Case 2:26-cv-00434    Document 1-10    Filed 05/26/26    Page 8 of 11 PageID #: 197

| CLAIM | | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(d) | a GPS device of the mobile device determining a location of the mobile device; and | As detailed below, based on analyses of publicly available information, the Accused Products provide a GPS device of the mobile device determining a location of the mobile device.<br><br>For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a GPS device of the mobile device determining a location of the mobile device (*e.g.*, using the "location services" feature and/or the "Use Your Location" feature).<br><br><br><br><u>Source</u>: Screenshots of the Dollar Tree Mobile App. |
| 1(e) | a mapping component of the first non- | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component of the first non-browser application configured to communicate with an online mapping service. |

Case 2:26-cv-00434    Document 1-10    Filed 05/26/26    Page 9 of 11 PageID #: 198

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| browser application configured to communicate with an online mapping service, and | For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Dollar Tree Mobile App) configured to communicate with an online mapping service (*e.g.*, a map server).<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App. |
| 1(f) wherein upon receiving a touch of | As detailed below, based on analyses of publicly available information, the Accused Products provide a system wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component transmits |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| the touch screen corresponding to the text, the mapping component transmits a query including the location of the mobile device and the location of the icon to the online mapping service, and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon. | a query including the location of the mobile device and the location of the icon to the online mapping service, and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon. <br><br> For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component (*e.g.,* code) transmits a query including the location (see below) of the mobile device and the location of the icon to the online mapping service (*e.g.,* a map server), and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| | <br><br>Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |