# **<u>EXHIBIT K</u>**

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendants Dollar Tree, Inc. and Dollar Tree Stores, Inc. (collectively, the "Dollar Tree Defendants") use the Dollar Tree Mobile App ("Dollar Tree Mobile App") as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and the Dollar Tree Defendants also provide the Dollar Tree Mobile App to their customers through the App Store and Google Play Store.<br><br>The Dollar Tree Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. The Dollar Tree Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by the Dollar Tree Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. The Dollar Tree Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. The Dollar Tree Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). The Dollar Tree Defendants' inducement is ongoing.<br><br>The Dollar Tree Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). The Dollar Tree Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing the Dollar Tree Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. The Dollar Tree Defendants' contributory infringement is ongoing.<br><br>s |

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

Case 2:26-cv-00434   Document 1-11   Filed 05/26/26   Page 3 of 11 PageID #: 203

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
|  | <br><br>Source: App Store |

Page |K-2

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| | |

Source: GOOGLE PLAY STORE

Page |K-3

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(a) | a memory of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a memory of a mobile device storing a first non-browser application and a second non-browser application. <br><br> For example, the Dollar Tree Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Dollar Tree Mobile App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services). <br><br>  <br><br> Source: Screenshots of the Dollar Tree Mobile App and Apple Maps. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(b) | a processor of the first mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a processor of the mobile device executing the first non-browser application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a processor of the first mobile device executing the first non-browser application (*e.g.*, Dollar Tree Mobile App).<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App. |

Case 2:26-cv-00434   Document 1-11   Filed 05/26/26   Page 7 of 11 PageID #: 207

Page |K-6

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(c) | a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text corresponding to a location entered by a user; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text corresponding to a location entered by a user.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a touch screen of the mobile device displaying a first user interface of the first non-browser application (*e.g.*, Dollar Tree Mobile App), wherein the first user interface is adapted to receive text corresponding to a location entered by a user (see below).<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App |
| 1(d) | a mapping component | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component transmitting the text to an online mapping service and receiving, in response, map |

| CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|
| transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map, | data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a mapping component (*e.g.*, code) transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map (see below).<br><br><br>Source: Screenshots of the Dollar Tree Mobile App |

Case 2:26-cv-00434   Document 1-11   Filed 05/26/26   Page 8 of 11 PageID #: 208

**Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177**

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(e) | wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the first non-browser application (*e.g.*, Dollar Tree Mobile App) displays a second user interface displaying the first map and the at least one point-of-interest (*e.g.,* location of the selected store).<br><br>Source: Screenshots of the Dollar Tree Mobile App. |

Page |K-8

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(f) | wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest (*e.g.,* location of the selected store).<br><br><br><br>Source: Screenshots of the Dollar Tree Mobile App. |

Page |K-9

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Dollar Tree Mobile App |
|---|---|---|
| 1(g) | wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest.<br><br><br><br>_Source_: Screenshots of the Dollar Tree Mobile App and Apple Maps. |

Page |K-10